UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.   11-cr-00034-WYD

UNITED STATES OF AMERICA,

     Plaintiff,

v.

1.  DAN RONALD LESTER,

     Defendant.

## MINUTE ORDER

This matter is before the Court upon a review of the file.  To ensure that all pre-trial phases of the case are complete before the commencement of the jury trial, it is

ORDERED that all pretrial motions shall be filed by **Monday, March 14, 2011** and responses to these motions shall be filed by **Wednesday, March 23, 2011.**  It is

FURTHER ORDERED that a hearing on all pending motions, if any, and final trial preparation conference will not be set at this time.  Should a hearing become necessary, the parties shall contact Chambers. It is

FURTHER ORDERED that a 2-day jury trial is set for **Monday, April 4, 2011, at 9:00 a.m. in courtroom A-1002.**

Dated:  February 18, 2011

BY THE COURT:


s/ Wiley Y. Daniel
Wiley Y. Daniel
Chief United States District Judge