UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.   11-cr-00034-WYD

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.  DAN RONALD LESTER,

      Defendant.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

      A Notice of Disposition was filed in the above matter on March 18, 2011 [ECF No. 16].  A Change of Plea hearing is set for **Monday, April 18, 2011 at 10:00 a.m.**

      Counsel for the parties shall deliver all change of plea documents separately to Judge Daniel's chambers AND to the Probation Department not later than <u>72 HOURS</u> before the hearing date.  If the documents are not timely submitted, the hearing will be **VACATED**.  **There will be no exceptions to this policy, and sanctions may be imposed for failure to comply.**

      Dated:  March 21, 2011